UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LEE J. WEEDA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C11-0390-JCC-MAT<br><br><br>ORDER FOR EXTENSION OF TIME<br>TO FILE AN ANSWER |

After considering the Defendant's motion for an extension of time to file an Answer and that Plaintiff's Counsel has no objection, it is hereby:

ORDERED that an extension, to and including July 23, 2011, to file Defendant's answer, is Granted.

DATED this <u>24th</u> day of May, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1  ORDER - [C11-0390-JCC-MAT]

1
2
3  Presented by:

4  s/ Gerald J. Hill
   GERALD J. HILL
   Special Assistant United States Attorney
5  Office of the General Counsel
   Social Security Administration
6  701 Fifth Avenue, Suite 2900 M/S 221A
   Seattle, Washington 98104-7075
7  Telephone: (206) 615-2139
   Fax: (206) 615-2531
8  gerald.j.hill@ssa.gov

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23