THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEE J. WEEDA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | CASE NO. C11-0390-JCC <br><br> ORDER |

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler (Dkt. No. 20), to which there has been no timely objection. The Court, after careful consideration of the parties' submissions, the report and recommendation, and the balance of the record, does hereby find and **ORDER**:

(1)   The Court ADOPTS the Report and Recommendation (Dkt. No. 20);

(2)   The Court REMANDS this matter for further administrative proceedings; and

(3)   The Clerk of Court is directed to send copies of this Order to all counsel and to Magistrate Judge Theiler.

1   DATED this 29th day of November 2011.

John C. Coughenour
UNITED STATES DISTRICT JUDGE